A. L. KORNMAN CO. *v.* PACK, COMMISSIONER OF HIGHWAYS OF TENNESSEE.

No. 775. Decided April 29, 1963.

*Thomas Wardlaw Steele* for appellant.

*George F. McCanless,* Attorney General of Tennessee, and *J. Malcolm Shull,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

FOREMAN ET UX. *v.* CITY OF BELLEFONTAINE.

No. 878. Decided April 29, 1963.

Appellants *pro se.*

*James B. West* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.